IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER STROJNIK,<br><br>    Plaintiff,<br><br>vs.<br><br>KAPALUA LAND COMPANY LTD, ET AL.,<br><br>    Defendants. | CV 19-00077-SOM-KJM<br><br>ODER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 25, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Dismiss Action", ECF No. [43] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 25, 2019.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge